IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40629
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL PENA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-56-1
- - - - - - - - - -
December 12, 2001
Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

The Federal Public Defender representing Daniel Pena has
requested leave to withdraw as counsel and has filed a brief as
required by *Anders v. California*, 386 U.S. 738 (1967).  Pena has
not filed a response.  Our independent review of the brief and
the record discloses no nonfrivolous issue.  Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities, and the appeal is
DISMISSED.  *See* 5TH CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.